ADVANCED DISABILITY ADVOCATES
Kevin Hong (SBN 299040)
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff
KEE SOOK AHN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>    Plaintiff,<br>    vs.<br><br>EUNJI KIM d/b/a HAMJI PARK; AJA MEDIA, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-01111-DMG (SSx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Kee Sook Ahn ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

Dated: May 29, 2019        ADVANCED DISABILITY ADVOCATES

                By:    _/s/ Kevin Hong_____
                    Kevin Hong, Esq.
                Attorneys for Plaintiff